IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY THOMAS, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>CRYSTAL MORELAND,<br><br>    Defendant. | Civil Action No. 18-cv-0800-TJK |

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** in accordance with the Federal Rule of Civil Procedure 30, the Local Rules of this Court, and this Court's Order of January 26, 2021, that on **Friday, March 5, 2021, at 12:00 p.m. Eastern**, Defendant Crystal Moreland, by and through counsel Williams & Connolly LLP, will take the deposition of Plaintiff **Jeffrey Thomas, Jr.**, via remote videoconference technology, before an officer duly authorized by law to administer oaths in accordance with the Rules of this Court, a court stenographer, and video operator. All participants will participate remotely, via Zoom, through Veritext, which will provide a link for participation. The deposition will be conducted pursuant to the Rules of this Court and will be used for purposes of discovery and/or trial. It will be recorded by stenographic and audiovisual means.

Date: February 23, 2021

                Respectfully submitted,

                /s/ Anna J. Hrom

                Gloria Maier (D.C. Bar No. 1012208)
                Anna Hrom (D.C. Bar No. 1657785)
                Carl Metz (D.C. Bar No. 490633)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
gmaier@wc.com
ahrom@wc.com
cmetz@wc.com

*Counsel for Crystal Moreland*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I electronically served the foregoing document via electronic mail to the following recipients:

Diane A. Seltzer Torre
dseltzer@seltzerlawfirm.com
*Counsel for Plaintiff*

/s/ Anna J. Hrom
*Counsel for Crystal Moreland*