## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JEFFREY THOMAS, JR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 18-cv-00800-TJK-RMM |
| ) | |
| **CRYSTAL MORELAND,** ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS

Pursuant to F.R.Cv.P. Rule 41(a)(2), Plaintiff Jeffrey Thomas, Jr. moves to voluntarily dismiss this case.

In considering the motion, Plaintiff notes that ECFs No. 118, et al., are still pending before the Court. The Court and other Parties may or may not wish to continue adjudicating the third party Protective Order matter while dismissing the remainder of this action.

Respectfully submitted,

*/s/ Jeffrey Thomas Jr.*

Dated: September 30, 2022

Plaintiff Jeffrey Thomas, Jr.
301 Virginia St. Unit 1514
Richmond, VA 23219
(804) 418-0252
jeffburkethomas@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th of September, 2022, I caused to be served on counsel for Defendant via electronic mail to gmaier@wc.com and counsel for third party HSUS kgrossenbacher@seyfarth.com a copy of the foregoing Motion.