## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JEFFREY THOMAS, JR.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 18-cv-00800-TJK-RMM |
| | ) | |
| | ) | |
| **CRYSTAL MORELAND,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO PROVISIONALLY FILE UNREDACTED REPLY TO 184 UNDER SEAL UNTIL COURT CONDUCTS *Hubbard* ANALYSIS

Pursuant to LCvR 5.1(h)(1), Plaintiff requests that the instant unredacted Reply to ECF No. 184 be **provisionally** filed under seal until such time as the Court rules on sealing with a *Hubbard* analysis. Plaintiff objects to sealing. There is a "strong presumption in favor of public access to judicial proceedings" (*Johnson v. Greater Se. Comm. Hosp*., 951 F.2d 1268, 1277 (D.C.C. 1991)). The Reply contains general, non-confidential statements that are the same as those in ECF No. 161 (Memorandum Opinion and Order), ECF No. 146 (Defendant's Response to Sealed Motion) and ECF No. 117-2 (Plaintiff's related lawsuit). Nevertheless, the instant Reply cites to a Sealed Order (ECF No. 182), so the Court may wish parts of it to be sealed. The redactions have been highlighted. *See* Standing Order in Civil Cases (ECF No. 72) Rule 11.d.

Respectfully submitted,

*Jeffrey Thomas Jr.*

Dated: October 12, 2022

Plaintiff Jeffrey Thomas, Jr.
301 Virginia St. Unit 1514
Richmond, VA 23219
(804) 418-0252
jeffburkethomas@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th of October, 2022, I caused to be served on counsel for Defendant via electronic mail to cmetz@wc.com and counsel for third party kgrossenbacher@seyfarth.com, a copy of the foregoing Motion.