IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JEFFREY THOMAS, JR.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CRYSTAL MORELAND,** ) <br> ) <br> Defendant. ) | Civil No. 18-cv-00800-TJK-RMM |

**PLAINTIFF'S MOTION TO UNSEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jeffrey Thomas, Jr. hereby respectfully requests the Clerk to provisionally file the instant Opposition to until such time as the Court rules on sealing or unsealing with a *Hubbard* analysis. Plaintiff respectfully requests the Court not to seal the instant filings under the *Hubbard* factors the Court articulated in ECF No. 168 and its May 25, 2022 Minute Order denying sealing of Defendant's HR report, ECF No. 36-1 (*see also*, ECF No. 200, Pl. Opp. to Sealing Def. Ren. Mot. for S.J., collecting sources). Defendant states: "Defendant consents to provisionally sealing Plaintiff's filing. Defendant's position on sealing is set forth in her Motion to Seal filings relating to her renewed motion for summary judgment (ECF No. 198). Defendant reserves the right to file an additional response in due course if warranted."

Respectfully submitted,

Dated: December 30, 2022

Plaintiff Jeffrey Thomas, Jr.
301 Virginia St. Unit 1514
Richmond, VA 23219
(804) 418-0252
jeffburkethomas@gmail.com



RECEIVED
1/3/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th of December, 2022, I caused to be served on counsel for Defendant and HSUS via electronic mail and all other CM/ECF recipients a copy of the foregoing Motion.