UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY THOMAS,

    *Plaintiff*,

v.

CRYSTAL MORELAND,

    *Defendant*.

Civil Action No. 18-800 (TJK)

## ORDER

Upon consideration of this case, including Defendant's Renewed Motion for Summary Judgment, ECF Nos. 197, 198, Plaintiff's opposition, ECF No. 203, and Defendant's reply, ECF No. 209-2; Plaintiff's Rule 56(d) Motion, ECF No. 206, and Defendant's opposition, ECF No. 207-2; as well as the applicable law, and for the reasons set forth in a Memorandum Opinion to be issued by the Court within the next thirty days, it is hereby **ORDERED** that Defendant's Renewed Motion for Summary Judgment is **GRANTED** and Plaintiff's Rule 56(d) Motion is **DENIED**.

It is further **ORDERED** that this is not a final Order subject to appeal.[1] An Order subject to appeal will accompany the Court's forthcoming Memorandum Opinion.

    **SO ORDERED.**

                                                        /s/ Timothy J. Kelly
                                                        TIMOTHY J. KELLY
                                                        United States District Judge

Date: September 28, 2023

---

[1] To avoid confusion, the Court notes that this Order is not a "final decision" as that term is used in 28 U.S.C. § 1291. *See St. Marks Place Hous. Co. v. U.S. Dep't of Hous. & Urb. Dev.*, 610 F.3d 75, 79–80 (D.C. Cir. 2010). Rather, this Order reflects the Court's disposition of the motions, which was reached after careful and considered review of the parties' arguments and submissions, as well as the applicable law. A Memorandum Opinion setting forth the Court's rationale in appropriate detail will be issued within the next thirty days, at which point the Court will render its final decision on the motion referenced in this Order.