UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY THOMAS,

    *Plaintiff*,

v.

CRYSTAL MORELAND,

    *Defendant*.

Civil Action No. 18-800 (TJK)

## ORDER

Upon consideration of this case, including Defendant's Renewed Motion for Summary Judgment, ECF Nos. 197, 198, Plaintiff's opposition, ECF No. 203, and Defendant's reply, ECF No. 209-2; Plaintiff's Rule 56(d) Motion, ECF No. 206, and Defendant's opposition, ECF No. 207-2; as well as the applicable law, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Renewed Motion for Summary Judgment is **GRANTED** and Plaintiff's Rule 56(d) Motion is **DENIED**. This is a final, appealable order.

As the Court previously indicated, out of abundance of caution the accompanying Memorandum Opinion has been provisionally entered under seal and provided to the parties. *See* ECF No. 216. The parties shall file any motions to keep any portion of the Memorandum Opinion under seal by November 13, with oppositions due by November 20, and replies by November 27. Should the Court receive no such motion, it will promptly unseal the entire Memorandum Opinion.

    **SO ORDERED.**

                                            /s/ Timothy J. Kelly
                                            TIMOTHY J. KELLY
                                            United States District Judge

Date: November 6, 2023