IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY THOMAS, JR., <br><br> Plaintiff, <br> v. <br><br> CRYSTAL MORELAND, <br><br> Defendant. | Civil Action No. 18-cv-0800-TJK |

### THIRD PARTIES' HUMANE SOCIETY OF THE UNITED STATES AND THE HUMANE SOCIETY LEGISLATIVE FUND'S MOTION TO ACCESS SEALED MEMORANDUM OPINION, ECF NO. 217.

Third parties, Humane Society of the United States and the Humane Society Legislative Fund (collectively, "HSUS"), through undersigned counsel, hereby move the Court in response to its November 6, 2023 Order (ECF No. 218) for access to the Court's sealed Memorandum Opinion, ECF No. 217.

1. On November 6, 2023, the Court entered an Order granting Defendant Crystal Moreland's Renewed Motion for Summary Judgment. ECF No. 218. Therein, the Court noted that the Court's Memorandum Opinion, ECF No. 217, had "been provisionally entered under seal and provided to the parties." ECF No. 218. The Court further directed that "[t]he parties shall file any motions to keep any portion of the Memorandum Opinion under seal by November 13 . . . ." *Id.* If the parties do not file any such motions, the Court "will promptly unseal the entire Memorandum Opinion." *Id.*

2. HSUS has produced confidential documents in this case, pursuant to the Protective Order entered on September 10, 2020. *See* ECF No. 37. HSUS has an interest in keeping any such confidential documents, or confidential information derived therefrom, sealed and not publicly available via the Court's Memorandum Opinion.

305969503v.2

3. In fact, as the Court is aware, on September 9, 2021, HSUS filed a Motion for Order to Show Cause to seek redress for Plaintiff's violations of the Protective Order, because he filed a complaint in District of Columbia Superior Court wherein he used and revealed HSUS confidential information and documents in violation of the Protective Order. ECF No. 118.[1]

4. HSUS cannot ascertain whether it has any objection to the Court's plan to unseal the Memorandum Opinion if neither of the parties move to seal it because HSUS does not have access to the sealed Memorandum Opinion and therefore cannot determine whether any HSUS confidential information is referenced therein.[2]

5. HSUS therefore moves for access to the sealed Memorandum Opinion, ECF No. 217, so that it may ascertain whether it references any HSUS confidential information and whether it would have any objection to unsealing the Memorandum Opinion.

6. HSUS requests that the Court not unseal the Memorandum Opinion on November 16, 2023, if neither party moves to seal it and further requests that this Court give HSUS seven (7) calendar days from the date it is given access to the sealed Memorandum Opinion within which to file a motion to keep any portion of the Memorandum Opinion under seal (should the Court grant this motion).

7. Counsel for Defendant Moreland consents to the relief requested in this Motion.

---

[1] On June 14, 2022, this Court entered an Order denying HSUS' Motion for Order to Show Cause as moot, and requiring Plaintiff to show cause, as to "why the Court should not sanction him, whether by holding him in civil contempt or imposing other sanctions up to and including dismissing this case, for violating the Protective Order in filing his Superior Court complaint." *See* June 14, 2022 Minute Order. On June 20, 2022, Plaintiff filed his response to the Order to Show Cause. ECF No. 173. On June 29, 2022, Defendant Moreland and HSUS filed their replies to Plaintiff's response. ECF No. 177 and 178. On July 15, 2022, Plaintiff filed a supplemental response to the Court's Order to Show Cause. ECF No. 180. The Court has not yet ruled on the June 14, 2022 Order to Show Case.

[2] HSUS was notified by counsel for Defendant Moreland that Defendant Moreland may not move to seal any portion of the Memorandum Opinion.

305969503v.2

8. On November 8, 2023, undersigned counsel emailed Plaintiff to seek his consent to the relief requested in this Motion. As of the filing of this Motion, Plaintiff has not responded to counsel's email.

## CONCLUSION

WHEREFORE, HSUS respectfully requests that it be granted access to the Court's sealed Memorandum Opinion, ECF No. 217, and that the Court not unseal the Memorandum Opinion if neither party moves to seal it until seven (7) calendar days after HSUS is granted access to the sealed Memorandum Opinion so that it may determine whether to file a motion to keep any portions of the Memorandum Opinion under seal, and for such other and further relief as this Court may deem just and proper.

Date: November 10, 2023                              Respectfully submitted,

/s/ *Karla Grossenbacher*
Karla Grossenbacher, Esq., Bar No. 442544
Samantha L. Brooks, Esq. Bar No. 1033641
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 641-9256 (facsimile)
kgrossenbacher@seyfarth.com
sbrooks@seyfarth.com

*Counsel for Third parties, Humane Society of the United States and the Humane Society Legislative Fund*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 10, 2023, a true and correct copy of the foregoing HSUS' Motion to Access Seal Memorandum Opinion, ECF No. 217, was filed with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel for Defendant and Plaintiff.

                                                    */s/ Karla Grossenbacher*
                                                    Karla Grossenbacher